UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| MATTHEW TODD RICHARDSON & MA RIAH YNTE RICHARDSON, | CHAPTER 13 |
| DEBTORS | CASE NO. 22-50828-WLH |
| MATTHEW TODD RICHARDSON & MA RIAH YNTE RICHARDSON, | CONTESTED MATTER |
| MOVANTS, | |
| VS. | |
| LVNV FUNDING, LLC, | |
| RESPONDENT. | |

### NOTICE OF PLEADING, DEADLINE TO OBJECT AND FOR HEARING

MATTHEW TODD RICHARDSON and MA RIAH YNTE RICHARDSON have filed an Objection to Claims of LVNV FUNDING, LLC on April 21, 2022. Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within thirty (30) days, plus three days if served by mail, from the date of service of this notice. If **you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303, and serve a copy on the movant's attorney, R. Jeffrey Field, Jeff Field & Associates, 342 N. Clarendon, Scottdale, GA 30079, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion **at the following toll-free number 833-568-8864; meeting id 161 202 1574 in Courtroom 1403, Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, Georgia 30303 at 10:20 AM on May 25, 2022.** If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held at the time and place as scheduled.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's

webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one** in **this bankruptcy case.** If **you do not have an attorney, you may wish to consult one.**

This April 21, 2022                                              Respectfully Submitted,
                                                                 JEFF FIELD & ASSOCIATES

                                                                 /s/ Christopher J. Sleeper

342 North Clarendon Avenue                                       _____
Scottdale, GA 30079                                              CHRISTOPHER J. SLEEPER
404-499- 2700                                                    Attorney for Debtors
contactus@fieldlawoffice.com                                     State Bar No. 700884

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| MATTHEW TODD RICHARDSON & MA RIAH YNTE RICHARDSON, | CHAPTER 13 |
| DEBTORS | CASE NO. 22-50828-WLH |
| MATTHEW TODD RICHARDSON & MA RIAH YNTE RICHARDSON, | CONTESTED MATTER |
| MOVANTS, | |
| VS. | |
| LVNV FUNDING, LLC, | |
| RESPONDENT. | |

## OBJECTION TO CLAIMS OF LVNV FUNDING, LLC (CLAIMS NO. 2, 3, 17)

COMES NOW Debtors, Matthew Todd Richardson and Ma Riah Ynte Richardson, by and through counsel, and objects to the Proofs of Claims of LVNV FUNDING, LLC (Claims No. 2, 3, 17) and shows the Court as follows:

1.

Respondent filed Claim No. 2 on February 3, 2022 in the amount of $409.87. Per the attached documentation, the underlying debt was charged off April 27, 2006 and the last payment date was November 10, 2005.

2.

Respondent filed Claim No. 3 on February 3, 2022 in the amount of $747.78. Per the attached documentation, the underlying debt was charged off June 6, 2002 and the last payment date was October 2, 2002.

3.

Respondent filed Claim No. 17 on April 6, 2022 in the amount of $357.17. Per the attached documentation, the underlying debt was charged off January 31, 2008 and the last payment date was August 17, 2007.

4.

Collections for each of the aforementioned claims is barred by the statute of limitations.

WHEREFORE, Debtors respectfully request that the Proofs of Claims Nos. 2, 3, 17 of the Respondent, LVNV Funding, LLC, be disallowed.

Dated: April 21, 2022

    Respectfully submitted,
    JEFF FIELD & ASSOCIATES

    /s/ Christopher J. Sleeper
    _____
    CHRISTOPHER J. SLEEPER
    Attorney for Debtors
    State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499-2700
contactus@fieldlawoffice.com

# CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a true and exact copy of the foregoing "Notice" and "Objection to Claims" to the following:

Nancy J. Whaley, Trustee           **Electronic Service**

Office of the U.S. Trustee          **Electronic Service**
362 Russell Federal Building
75 Spring Street, SW
Atlanta, Georgia 30303

Matthew Todd Richardson
Ma Riah Ynte Richardson
3187 Bailey Road
Dacula, GA 30019

LVNV Funding, LLC
Resurgent Capital Services
ATTN: David Lamb, Claims Processor
PO Box 10587
Greenville, SC 29603

      Dated: April 21, 2022

                                                Respectfully Submitted,
                                                JEFF FIELD & ASSOCIATES

                                                /s/ Christopher J. Sleeper
                                                _____
                                                CHRISTOPHER J. SLEEPER
                                                Attorney for Debtors
                                                State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com